UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.D. and H.W., on behalf of their minor child, S.D., <br><br> Plaintiffs, <br><br> vs. <br><br> ROXBURY TOWNSHIP BOARD OF EDUCATION; JEFFREY SWANSON; AND ANDREA SALADINO, <br> Defendant(s). | Hon. Madeline Cox Arleo, U.S.M.J. <br><br> CIVIL ACTION NO. 2:07-cv-4948 <br><br> **CONSENT ORDER** |

**THIS MATTER** having been opened to the court by Schwartz Simon Edelstein Celso & Kessler, LLC, counsel for Defendants, Roxbury Township Board of Education, Jeffrey Swanson and Andrea Saladino, upon the consent of all counsel for an Order extending the time to answer, or otherwise move against the Plaintiff's Complaint herein for a period of thirty (30) days from the date Defendants' responsive pleading is due, from January 2, 2008, up to and including Friday, February 1, 2008; and the parties having consented to this Order; and good and sufficient cause appearing for the entry of the within Order;

IT IS on this ____7____ day of ~~December,~~ 2007;

**ORDERED** that the time within which Defendants, Roxbury Township Board of Education, Jeffrey Swanson and Andrea Saladino, may answer or otherwise move against the Plaintiff's Complaint is hereby extended up to and including February 1, 2008.

1

SCHWARTZ SIMON EDELSTEIN
CELSO & KESSLER, LLC
Attorneys for Defendants,
Roxbury Township Board of Education,
Jeffrey Swanson and Andrea Saladino

LENTZ & GENGARO
Attorneys for Plaintiff,
J.D. and H.W., on behalf of their minor child, S.D.

By: /s/ *Elizabeth F. Lorell*
    Elizabeth F. Lorell, Esq.

By: /s/ *George M. Holland*
    George M. Holland, Esq.

**SO ORDERED:**

_____
Madeline Cox Arleo, U.S.M.J.

Dated: December ___, 2007